**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00089-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEOVIGILDO BUSTAMANTE-BUSTAMANTE,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND SETTING
CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 11) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for April 17, 2009 and the two-day jury trial set to commence on May 4, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) <u>no later than April 17, 2009</u> to set this matter for a Change of Plea Hearing.

DATED: April __13__, 2009

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge